# United States Court of International Trade
## Honorable Gary S. Katzmann
### Appearance Sheet

Docket No. 18-00085
March 20, 2019 – Oral Argument
11:00 a.m.
Courtroom 2
Jurisdiction 1581(c)

Perfectus Aluminum, Inc.,

Plaintiff,
v.
United States et al,

Defendant.

---

### Counsel

**Plaintiff**
**James Kevin Horgan**
deKieffer & Horgan, PLLC
**David Creagan**
White & Williams LLP

**Defendant**
**Aimee Lee**
U.S. Department of Justice
**Orga Cadet**
U.S. Departmet of Commerce

**Intervenor-Defendant**
**Robert E. DeFrancesco, III**
Wiley Rein, LLP